Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL VI

| | | |
|---|---|---|
| ILIA I. OTERO POLANCO<br><br>Recurrida<br><br>v.<br><br>BENJAMÍN COLÓN OTERO, JUANA M. COLÓN OTERO, LILIA COLÓN OTERO T/C/C LILY BENJAMÍN, RAQUEL COLÓN OTERO, RUTH I. COLÓN OTERO, MOISÉS COLÓN OTERO<br><br>Peticionario | KLCE202401221 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso número: CY2023CV00412<br><br>Sobre: División o Liquidación de la Comunidad de Bienes Hereditarios |

Panel integrado por su presidenta, la jueza Ortiz Flores, la juez Aldebol Mora y la jueza Boria Vizcarrondo.

Aldebol Mora, Juez Ponente

# RESOLUCIÓN

En San Juan, Puerto Rico, a 12 de noviembre de 2024.

Examinada la *Moción en Auxilio de Jurisdicción* y el *Certiorari* presentados por la parte peticionaria, Moisés Colón Otero, el 8 de noviembre de 2024, optamos por prescindir de los términos, escritos o procedimientos ulteriores "con el propósito de lograr su más justo y eficiente despacho", Regla 7 (b) (5) del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 7 (b) (5), y procedemos a continuación:

No Ha Lugar a la solicitud de paralización de los procedimientos. La moción no cumplió con la Regla 79(E) del Reglamento del Tribunal de Apelaciones, 4 LPRA, Ap. XXII-B, R. 79(E), la cual requiere que dicho escrito se notifique simultáneamente a la otra parte con la presentación del recurso de *Certiorari.*

Con relación al recurso en sus méritos, resolvemos que procede abstenernos de ejercer nuestra función revisora, por lo que

Número Identificador

RES2024 _____

denegamos la expedición del auto de *certiorari.* Véase, Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1, y Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40. Ello, sin perjuicio de que, en su momento, cualquier planteamiento de derecho sea presentado nuevamente en la apelación, si alguna, que pueda instar la parte peticionaria.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones